UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RALPH JACQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>**Commissioner of the Social Security Administration,**<br><br>　　　　　Defendant. | Case No. CV08-06379 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that the Commissioner's decision is reversed, and this case is remanded for further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

DATED: November 12, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge